UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,                              No. C 07-5725 MHP (pr)

       Plaintiff,                                 **ORDER OF DISMISSAL**

   v.

THE POLICE, etc.; et al.,

       Defendants.
_____/

     This <u>pro se</u> civil action was filed on November 13, 2007, at which time the court
notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee
or furnish a completed and signed court-approved <u>in forma pauperis</u> application.  Plaintiff
was advised that failure to pay the fee or file the application materials within thirty days
would result in dismissal of the action.  Plaintiff did not pay the filing fee or submit an <u>in
forma pauperis</u> application.  The action is DISMISSED without prejudice for failure to pay
the filing fee or submit a completed <u>in forma pauperis</u> application.   Plaintiff may file a new
action, but should include a filing fee or an <u>in forma pauperis</u> application with a new
complaint to commence that new action.  The clerk shall close the file.

     IT IS SO ORDERED.

DATED: February 14, 2008

                               _____
                               Marilyn Hall Patel
                               United States District Judge

**United States District Court**
For the Northern District of California