UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

        Plaintiff,

  v.

THE POLICE et al,

        Defendant.

Case Number: CV07-05725 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgar L. Warren #137286
Butte County Jail
35 County Center Drive
Oroville, CA 95965

Dated: February 15, 2008

        Richard W. Wieking, Clerk
        By: Frank Justiliano, Deputy Clerk