UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR LEE WARREN, | No. C 07-5725 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE POLICE, etc.; et al., | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed <u>in forma pauperis</u> application.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 14, 2008

Marilyn Hall Patel
United States District Judge